```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONARD J. BERWICK, JEFFREY D. SERVIN,
ESQ., and OSAGE CORP. d/b/a FIRST CITY
COMMUNICATIONS INC.,

06 Civ. 2641 (JGK)

          Plaintiffs,

ORDER

- against -

NEW WORLD NETWORK INTERNATIONAL, LTD.,
NEW WORLD NETWORK USA, INC., COLUMBUS
COMMUNICATIONS, LTD., and BARCLAYS BANK
PLC,

          Defendants.

JOHN G. KOELTL, District Judge:

For the reasons stated on the record on January 8, 2008, the plaintiffs' motion for entry of partial judgment under Rule 54(b) is **denied**.

SO ORDERED.

Dated:    New York, New York
          January 8, 2008

                                          John G. Koeltl
                                       United States District Judge